**CIVILLE & TANG, PLLC**
**G. PATRICK CIVILLE,**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| NOEL SLAPP, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM E. TOELKES and INTERNATIONAL BRIDGE AND CONSTRUCTION MARIANAS, INC. and DOES 1-10, <br><br> Defendants. | CIVIL CASE NO. 13-00022 <br><br> **ORDER OF DISMISSAL** |

Based on the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice, with each party bearing their respective fees and costs incurred in this matter.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the settlement agreement between the parties.

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Dec 04, 2013**